**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

**CARLOS DELGADO**

Case Number: 16-17228-LMI
Chapter 7

     Debtor.

_____/

## DEBTOR'S COUNSEL'S MOTION TO WITHDRAW

Debtor's counsel, Timothy S. Kingcade, Esq. of Kingcade, Garcia, & McMaken, P.A., "Counsel", hereby files this Motion to Withdraw, and avers:

1. This is a Chapter 7 case that was filed on May 20, 2016.

2. The 341 Meeting of Creditors was conducted on June 15, 2016.

3. The parties' attorney-client relationship has suffered irreconcilable differences making future representation impossible. Therefore, Counsel respectfully requests that this Court allow Timothy S. Kingcade, Esq. of Kingcade, Garcia, & McMaken, P.A., to withdraw as counsel of record for the Debtor.

**WHEREFORE**, the Debtor's counsel seeks an order allowing withdrawal as counsel of record from the case and for any other relief deemed just and proper in the circumstances.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent, this 29th day of September, 2016 via Regular U.S. Mail to Carlos Delgado, debtor, P.O. Box 133830 Hialeah, Fl. 33013, and via CM/ECF to: Maria T. Dunn, Chapter 7 Trustee, 555 NE 15th St #7712, Miami, FL 33132.

Page 2.

| | |
|---|---|
| **CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)**<br>    **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A). | **KINGCADE & GARCIA, P.A**<br>Counsel for the Debtor<br>Kingcade Building<br>1370 Coral Way ▪ Miami, Florida 33145-2960<br>WWW.MIAMIBANKRUPTCY.INFO<br>Telephone: 305-285-9100 ▪ Facsimile: 305-285-9542<br><br>/s/ Timothy S. Kingcade<br>x  Timothy S. Kingcade, Esq., FBN 082309<br>☐  Wendy Garcia, Esq., FBN 0865478<br>☐  Jessica L. McMaken, Esq., FBN 580163 |