UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                    Case No. 16-17228-LMI

Carlos Delgado,
                                                          Chapter 7

Debtor.
_____/

## MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR

Counsel for the Debtor, Robert Sanchez, Esq., pursuant to Local Rule 2091-1

moves to withdraw as counsel for the Debtor, Carlos Delgado, and in support provides as

follows:

1. The Debtor filed the instant Chapter 7 case on May 20, 2016.

2. The Debtor was represented by another law firm that withdrew from the case on

   November 1, 2016.

3. The Debtor retained the undersigned to appear as his counsel, but subsequently,

   requested for the undersigned to withdraw.

4. Accordingly, the undersigned requests this Court to enter an Order (a) authorizing

   withdrawal as counsel for the Debtors, and (b) instructing that all future

   communications and pleadings concerning this bankruptcy case be forwarded to

   the Debtor as follows:

   Carlos Delgado
   PO Box 133830
   Hialeah, FL 33013

5. Debtor has been sent a copy by Certified Mail of the instant motion and the

   implications thereunder.

6.  Therefore, the undersigned requests that this Court allow the undersigned to withdraw as counsel for the Debtor, and allow the Debtor time to retain other counsel so that he may comply with the Trustee's requests.

WHEREFORE, it is respectfully requested that this Court enter an Order allowing the undersigned to withdraw as counsel for the Debtor in this bankruptcy procedure and absolving counsel of any and all further responsibility for representing the Debtor, and allow the Debtor additional time to retain new counsel so that the Debtor may comply with the Trustee's requests.

## Certificate of Service

I HEREBY CERTIFY that a copy of this Motion to Withdraw as Counsel for Debtor was delivered by U.S. Mail on this 23rd day of January, 2017 to Marcia T Dunn, Trustee, 555 NE 15 St, Ste 934-A, Miami, FL 33132; Michael P Dunn, Esq., 555 N.E. 15th Street, Suite 934-A, Miami, FL 33132, to all creditors of record; and **CERTIFIED** and regular U.S. Mail to the Debtor, Carlos Delgado, PO Box 133830, Hialeah, FL 33013 and 50 E 61 Street Hialeah, FL 33020.

/s/ Robert Sanchez
Robert Sanchez, Esq.
Robert Sanchez, P.A.
355 West 49th Street
Hialeah, FL 33012
Tel: (305) 687-8008
Fl Bar No. 0442161