

**ORDERED in the Southern District of Florida on January 27, 2017.**

*[signature]*

Laurel M. Isicoff
Chief United States Bankruptcy Judge

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

CARLOS DELGADO,    Case No. 16-17228-LMI
                  Chapter 7
　　Debtor.
_____/

**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION
TO COMPEL TURNOVER OF DOCUMENTS BY DEBTOR**

THIS MATTER came before the Court on January 23, 2017, upon the Chapter 7 Trustee Marcia T. Dunn's (the "Trustee") *Motion to Compel Documents from Debtor* (the "Motion") [D.E. 50]. The Court, having reviewed the Motion, and having heard argument of counsel, and for good cause it is

**ORDERED and ADJUDGED** that

1.　　The Trustee's Motion is **GRANTED**;

Case No. 16-17228-LMI

2. The Debtor will produce the documents, which were requested during the Rule 2004 Examination of the Debtor, regarding the unscheduled bank account and the transfers and the interest in the real property no later than fourteen (14) days from the entry of this Order.

3. If Debtor is unable to provide any of the requested documents, Debtor shall (1) provide a reasonable explanation as to why he is not able to produce said documents; (2) adequately explain the efforts he took to obtain said documents; and (3) provide name and contact information of the individual(s) in possession or most likely to be in possession of the requested documents.

# # #

Order submitted by:

Michael P. Dunn, Esq.
Florida Bar No. 100705
DUNN LAW, P.A.
*Counsel for Marcia T. Dunn, Chapter 7 Trustee*
555 Northeast 15th Street, Suite 934-A
Miami, Florida  33132-1451
Tel: 786-433-3866
Fax: 786-260-0269
michael.dunn@dunnlawpa.com

*Attorney Dunn is directed to serve a copy of this Order upon the Debtor and to file a Certificate of Service.*